NANCY L. OBER, Bar No. 49683
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
Email: nlober@littler.com

Attorneys for Defendants
REPRO MEDIA and ARNO RUBEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| LEE LAHTINEN in his capacity as Trustee of the SAN FRANCISCO LITHOGRAPHERS PENSION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>REPRO MEDIA, a California Corporation; ARNO RUBEN, individually and doing business as REPRO MEDIA; ARNO RUBEN, individually,<br><br>Defendants. | Case No. C 06 4047 (MEJ)<br><br>STIPULATION AND [PROPOSED] ORDER SETTING ASIDE ENTRY OF DEFAULT<br><br>[Fed. R. Civ. P. 55(c)]<br><br>Judge: Honorable Maria Elena James<br>Ctrm: B, 15th Floor |

Plaintiff Lee Lahtinen, in his capacity as Trustee of the San Francisco Lithographers Pension Trust ("Plaintiff"), and Defendants Repro Media, a California Corporation, Arno Ruben, individually and doing business as Repro Media, and Arno Ruben, individually ("Defendants"), through their respective counsel, hereby stipulate to and request that the Court order that the Clerk's Entry of Default in this action be set aside.

1. This is an action under sections 502 and 4301 of the Employee Retirement Income Security Act of 1974, as amended (ERISA), 29 U.S.C. §§ 1132, 1451, and § 301 of the Labor Management Relations Act (LMRA), 29 U.S.C. § 185. Plaintiff assessed pension withdrawal liability against Defendants and is seeking to recover said withdrawal liability.

2. The Complaint in this action was filed and summonses were issued against the named Defendants on June 29, 2006.

3. Plaintiff maintains that it served Defendants on July 13, 2006 at the corporation's address obtained from the Secretary of State. Proofs of service of the Summons and Complaint were filed with the Court on July 24, 2006 and July 25, 2006. Defendants' answer was due August 2, 2006. Since an answer had not been filed, Plaintiff filed a request for entry of default and said default was entered by the Clerk of the Court on August 2, 2006.

4. Defendants maintain that the 205 DeAnza Boulevard address is a contract mail service. Defendants maintain that they did not receive the Summons and Complaint, and that no notice of delivery of any such documents was left in the mailbox for Repro Media as is the practice where documents are left at the front desk.

5. Defendants maintain that they had no notice of this action until they received the Plaintiff's request for entry of default on or about August 7, 2006.

6. Defendants wish to answer the Complaint and to assert affirmative defenses to the claims alleged by Plaintiff.

Therefore, Plaintiff and Defendants, through their respective counsel, stipulate and agree as follows:

1. The Clerk's Notice of Entry of Default as to all Defendants, filed on August 9, 2006, shall be vacated.

2. Defendants shall have 20 days to file an answer or otherwise respond to the Complaint.

STIPULATION AND [PROPOSED] ORDER SETTING ASIDE ENTRY OF DEFAULT     2.     Case No. C 06 4047 (MEJ)

08-22-2006 12:14pm From-Weinberg, Roger & Rosenfeld 3371023 T-282 P.003/003 F-872
Case 3:06-cv-04047-MEJ Document 9 Filed 08/28/06 Page 3 of 4
Case 3:06-cv-04047-MEJ Document 8 Filed 08/23/2006 Page 3 of 4

1  Dated: August 22, 2006

2

3  /s/ Linda Baldwin Jones

4  LINDA BALDWIN JONES
   WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
5  Attorneys for Plaintiff
   LEE LAHTINEN IN HIS CAPACITY AS
6  TRUSTEE OF THE SAN FRANCISCO
   LITHOGRAPHERS PENSION TRUST

Dated: August 22, 2006

/s/ Nancy L. Ober

NANCY L. OBER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
REPRO MEDIA AND ARNO RUBEN

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER SETTING
ASIDE ENTRY OF DEFAULT

3.

Case No. C 06 4047 (MEJ)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Good cause appearing, IT IS SO ORDERED.

Dated: August 28 , 2006

_____
HONORABLE MARIA-ELENA JAMES
JUDGE OF THE
DISTRICT COURT



Firmwide:81396147.1 052726.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER SETTING
ASIDE ENTRY OF DEFAULT

4.

Case No. C 06 4047 (MEJ)