WILLIAM A. SOKOL, Bar No. 072740
LINDA BALDWIN JONES, Bar No. 178922
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
San Francisco, CA 94541
Telephone: 510.337.1001
Facsimile: 510.337.1023

Attorneys for Plaintiff


NANCY L. OBER, Bar No. 49683
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
Email: nlober@littler.com

Attorneys for Defendants
REPRO MEDIA and ARNO RUBEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| LEE LAHTINEN in his capacity as Trustee of the SAN FRANCISCO LITHOGRAPHERS PENSION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>REPRO MEDIA, a California Corporation; ARNO RUBEN, individually and doing business as REPRO MEDIA; ARNO RUBEN, individually,<br><br>Defendants. | Case No. C 06 4047 (MEJ)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>[L.R. 6-2]<br><br>Judge: Honorable Maria Elena James<br>Ctrm: B, 15th Floor |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

Case No. C 06 4047 (MEJ)

Plaintiff Lee Lahtinen, in his capacity as Trustee of the San Francisco Lithographers Pension Trust ("Plaintiff"), and Defendants Repro Media, a California Corporation, Arno Ruben, individually and doing business as Repro Media, and Arno Ruben, individually ("Defendants"), through their respective counsel, hereby stipulate and request that the Court order that the Initial Case Management Conference and related deadlines be continued for approximately three months.

1. Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the Initial Case Management Conference in this action is set for September 28, 2006 at 10:00 a.m. Other case management deadlines, including the filing of the ADR Certification, completion of initial disclosures, and filing of the Case Management Statement, precede and are set in relation to the Case Management Conference.

2. Defendants have only just recently appeared in the action, having filed their Answer to Complaint for Withdrawal Liability on August 29, 2006.

3. The parties wish to explore a possible resolution of this action without the necessity of further litigation time and expense. To that end, Defendants have informally requested certain information from Plaintiff. Plaintiff is currently in the process of reviewing Defendant's request and is amenable to exchanging relevant information as part of the exploration of settlement. The parties currently anticipate that a short extension of case management deadlines will enable them to focus their efforts on resolving this matter.

4. There have been no previous time modifications related to the Initial Case Management Conference or related case management activities in this case.

5. The parties expect that the requested extension of the date for the Initial Case Management Conference will have no adverse effect on the schedule for the case. No trial date or other deadlines have yet been set. The requested extension may facilitate the resolution of the parties' dispute, and will at a minimum enable the parties to exchange information about their respective positions that may streamline case management.

6. Counsel for the parties would be available for a case management conference on December 14, 2006 or December 21, 2006.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES

2.

Case No. C 06 4047 (MEJ)

Therefore, Plaintiff and Defendants, through their respective counsel, stipulate and agree as follows:

1. The Initial Case Management Conference date of September 28, 2006 and related deadlines are vacated.

2. The Initial Case Management Conference date is extended to December 14, 2006 at 10 a.m.

3. Related deadlines for ADR and case management activities are extended accordingly, as provided in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

Dated: September 12, 2006

_____
LINDA BALDWIN JONES
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
Attorneys for Plaintiff
LEE LAHTINEN IN HIS CAPACITY AS
TRUSTEE OF THE SAN FRANCISCO
LITHOGRAPHERS PENSION TRUST

Dated: September 12, 2006

_____
NANCY L. OBER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
REPRO MEDIA and ARNO RUBEN

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES

3.

Case No. C 06 4047 (MEJ)

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September __25__, 2006



HONORABLE MARIA ELENA JAMES
JUDGE OF THE UNITED STATES
DISTRICT

Firmwide:81469946.1 052726.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES

4.

Case No. C 06 4047 (MEJ)