1  WILLIAM A. SOKOL, Bar No. 072740
   LINDA BALDWIN JONES, Bar No. 178922
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5
   Attorneys for Plaintiff
6
   NANCY L. OBER, Bar No. 49683
7  LITTLER MENDELSON
   A Professional Corporation
8  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
9  Telephone:    415.433.1940
   Facsimile:    415.399.8490
10
   Attorneys for Defendants
11 REPRO MEDIA and ARNO RUBEN

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15 | LEE LAHTINEN in his capacity as Trustee of ) No.    C06-04047 (MEJ)
   | the SAN FRANCISCO LITHOGRAPHERS            )
16 | PENSION TRUST,                             ) **STIPULATION AND [PROPOSED]**
                                                ) **ORDER CONTINUING CASE**
17 |             Plaintiff,                     ) **MANAGEMENT CONFERENCE**
                                                )
18 |     v.                                     )
                                                )
19 | REPRO MEDIA, a California Corporation;     )
   | ARNO RUBEN, individually and doing         )
20 | business as REPRO MEDIA; ARNO RUBEN,       )
   | individually,                              )
21                                              )
   |             Defendants.                    )
22

23       Plaintiff Lee Lahtinen, in his capacity as Trustee of the San Francisco Lithographers

24 Pension Trust ("Plaintiff"), and Defendants Repro Media, a California Corporation, Arno Ruben,

25 individually and doing business as Repro Media, and Arno Ruben, individually ("Defendants"),

26 through their respective counsel, requested that the Court continue the case management

27 conference to December 14, 2006 or December 21, 2006 in order to allow the parties time to

28 explore a possible resolution of this action without the necessity of further litigation time and

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Stipulation and [Proposed] Order Continuing Case Management Conference (Case No. 06-04047 (MEJ))

1  expense. The Court continued the case management conference to December 14, 2006.

2  In light of the fact that the parties are still in the process of exchanging and evaluating
3  information as part of their attempts to resolve this action, counsel for the parties hereby stipulate
4  and request that the Court order the Initial Case Management Conference and related deadlines be
5  continued for an additional three months. Counsel for the parties anticipate that by the end of this
6  requested continuance, the parties will know the outcome of their attempts to informally resolve
7  this case.

8  Therefore, Plaintiff and Defendants, through their respective counsel, stipulate and agree as
9  follows:

10  1.  The Initial Case Management Conference date of December 14, 2006 and related
11  deadlines are vacated.

12  2.  The Initial Case Management Conference date is extended to March 22, 2007 at
13  10:00 a.m.

14  3.  Related deadlines for ADR and case management activities are extended
15  accordingly, as provided in the Court's Order Setting Initial Case Management Conference and
16  ADR Deadlines.

Dated: December 4, 2006

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
LINDA BALDWIN JONES
Attorneys for Plaintiffs

Dated: December 1, 2006

LITTLER MENDELSON
A Professional Corporation

By: _____
NANCY L. OBER
Attorneys for Defendants

112535/441121

- 2 -

Stipulation and [Proposed] Order Continuing Case Management Conference (Case No. 06-04047 (MEJ))

1

**[PROPOSED] ORDER**

2    Pursuant to Stipulation, it is so ordered.

3

4    Dated: December 7, 2006

5    _____
THE HONORABLE
UNITED STATES DISTRICT JUDGE

*GRANTED — Judge Maria-Elena James*
*United States District Court, Northern District of California*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -

Stipulation and [Proposed] Order Continuing Case Management Conference (Case No. 06-04047 (MEJ))