1  WILLIAM A. SOKOL, Bar No. 072740
   LINDA BALDWIN JONES, Bar No. 178922
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5
   Attorneys for Plaintiff
6
   NANCY L. OBER
7  LITTLER MENDELSON
   A Professional Corporation
8  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
9  Telephone 415.433.1940
   Fax 415.399.8490
10

11

   Attorneys for Defendants
12 REPRO MEDIA and ARNO RUBEN

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15

16 LEE LAHTINEN in his capacity as Trustee of   ) No.    C06-04047 (MEJ)
   the SAN FRANCISCO LITHOGRAPHERS            )
17 PENSION TRUST,                             ) **STIPULATION AND [PROPOSED]**
                                              ) **ORDER CONTINUING CASE**
18                  Plaintiff,                ) **MANAGEMENT CONFERENCE**
                                              )
19        v.                                  )
                                              )
20 REPRO MEDIA, a California Corporation;     )
   ARNO RUBEN, individually and doing         )
21 business as REPRO MEDIA; ARNO RUBEN,       )
   individually,                             )
22                                            )
                  Defendants.                 )
23

24        Plaintiff Lee Lahtinen, in his capacity as Trustee of the San Francisco Lithographers

25 Pension Trust ("Plaintiff"), and Defendants Repro Media, a California Corporation, Arno Ruben,

26 individually and doing business as Repro Media, and Arno Ruben, individually ("Defendants"),

27 through their respective counsel, hereby request that the Court continue the case management

28 conference set for March 22, 2007 in order to allow the parties additional time to continue their

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Stipulation and [Proposed] Order Continuing Case Management Conference (Case No. 06-04047 (MEJ))

1  exploration of a possible resolution of this action.

2          In December, the Court continued the case management conference to March 22, 2007. The

3  previous continuance has provided the parties with an opportunity to exchange and evaluate

4  information without the necessity of further litigation and expense.  Plaintiff recently requested

5  supplemental information and Defendants are reviewing said request.  While counsel for the parties

6  anticipated that the parties would know the outcome of their attempts to informally resolve this

7  case by March 22, 2007, additional time is in fact needed.  Additionally, Plaintiff's counsel are

8  meeting with its client the end this month and the supplemental information will assist Plaintiff in

9  evaluating a possible resolution of this action.

10          In light of the foregoing, counsel for the parties hereby stipulate and request that the Court

11  order the Initial Case Management Conference and related deadlines be continued for

12  approximately two months.  Therefore, Plaintiff and Defendants, through their respective counsel,

13  stipulate and agree as follows:

14          1.      The Initial Case Management Conference date of March 22, 2007 and related

15  deadlines are vacated.

16          2.      The Initial Case Management Conference date is extended to May 31, 2007.

17          3.      Related deadlines for ADR and case management activities are extended

18  accordingly, as provided in the Court's Order Setting Initial Case Management Conference and

19  ADR Deadlines.

20  Dated: March 9, 2007

21                            WEINBERG, ROGER & ROSENFELD

                             A Professional Corporation

22

23                            By: *Linda Baldwin Jones*

24                                LINDA BALDWIN JONES

                              Attorneys for Plaintiffs

25  ///

26  ///

27  ///

28  ///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1    Dated: March _9_, 2007

2                                          LITTLER MENDELSON
                                           A Professional Corporation
3
                                           By: _____
4                                              NANCY L. OBER
                                               Attorneys for Defendants
5

6
     112535/450892
7

8                              [PROPOSED] ORDER

9          Pursuant to Stipulation, it is so ordered.

10

11

12   Dated: _March 13, 2007_        _____
                                    THE HON.                 ELENA JAMES
13                                  UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -

Stipulation and [Proposed] Order Continuing Case Management Conference (Case No. 06-04047 (MEJ))