WILLIAM A. SOKOL, Bar No. 072740
LINDA BALDWIN JONES, Bar No. 178922
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff

NANCY L. OBER, Bar No. 49683
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
REPRO MEDIA and ARNO RUBEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE LAHTINEN in his capacity as Trustee of the SAN FRANCISCO LITHOGRAPHERS PENSION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>REPRO MEDIA, a California Corporation; ARNO RUBEN, individually and doing business as REPRO MEDIA; ARNO RUBEN, individually,<br><br>Defendants. | No.   C06-04047 (MEJ)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

   Plaintiff Lee Lahtinen, in his capacity as Trustee of the San Francisco Lithographers Pension Trust ("Plaintiff"), and Defendants Repro Media, a California Corporation, Arno Ruben, individually and doing business as Repro Media, and Arno Ruben, individually ("Defendants"), through their respective counsel, hereby stipulate to and request that the Court continue the Initial Case Management Conference and related deadlines to September 13 or 20, 2007 at 10 a.m. in order to allow the parties time to continue and complete their discussions regarding a possible

---

Stipulation and [Proposed] Order Continuing Case Management Conference (Case No. 06-04047 (MEJ))

resolution of this action without the necessity of further litigation time and expense.

1. Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the Initial Case Management Conference in this action was set for September 28, 2006. Pursuant to stipulation of the parties, on September 25, 2006 the Court issued an Order continuing the Initial Case Management Conference to December 21, 2006 in view of Defendants' very recent first appearance in the action and the parties' stated interest in exploring settlement through direct discussions. Pursuant to a subsequent stipulation of the parties, the Court on December 7, 2006 issued a further Order continuing the Initial Case Management Conference to March 22, 2007 in order to afford the parties additional time to explore settlement of their dispute. Pursuant to a further stipulation of the parties, the Court on March 13, 2007 issued a further Order continuing the Initial Case Management Conference to May 31, 2007.

2. At the time the parties requested the most recent continuance of the Initial Case Management Conference (to May 31, 2007), the parties anticipated that they might be able to conclude their settlement discussions before the compliance dates for case management-related activities. As of mid-March Defendants had provided certain information and documentation to Plaintiff, Plaintiff had requested supplemental information, and Defendants had furnished the requested information to Plaintiff, whose Board of Trustees was meeting at the end of March. However, following the Board of Trustees meeting Plaintiff requested supplemental financial information, which Defendants have just provided to Plaintiff's counsel and Plaintiff has not yet had time to evaluate.

3. On May 9, 2007 counsel for the parties conducted a telephone meet and confer regarding an ADR process and preparation of the case management statement and Rule 26(f) report. In the course of their discussion of ADR it emerged that Plaintiff's counsel and her client will likely have additional questions for Defendants regarding the most recent information and documents provided to them before they will be in a position to discuss that information and a possible resolution of this action with Plaintiff's Board of Trustees. Answering further questions from Plaintiffs will likely require Defendants additional time to obtain information from their

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -
Stipulation and [Proposed] Order Continuing Case Management Conference (Case No. 06-04047 (MEJ))

outside accounting firm. The parties agree that the information that they are exchanging is also material to preparation for an ADR process should direct negotiations for a settlement fail.

4. The parties agree that additional time is needed to permit the further exchange of information and exploration of settlement. Counsel for the parties have discussed a possible continuance of the Initial Case Management Conference for a period of 60 to 90 days. However, due to scheduling of other matters, client availability and vacations, an August date for the continued Case Management Conference is not feasible. The parties believe that an extension of the conference date to September will afford them the time they need to continue and conclude informal discovery and direct discussions regarding a possible resolution of this action without the necessity of further litigation time and expense.

5. As noted above, there have been three previous continuations of the Initial Case Management Conference and related case management activities.

6. The parties expect that the requested extension of the date for the Initial Case Management Conference will have no adverse effect on the schedule for the case. No trial date or other deadlines have yet been set. The requested extension may facilitate the resolution of the parties' dispute, and will at a minimum enable the parties to exchange additional information about their respective positions that may streamline case management.

Therefore, Plaintiffs and Defendants, through their respective counsel, stipulate and agree as follows:

1. The Initial Case Management Conference date of May 31, 2007 and related deadlines are vacated.

2. The Initial Case Management Conference date is extended to September 13 or 20, 2007 at 10:00 a.m.

//
//
//
//
//

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -

Stipulation and [Proposed] Order Continuing Case Management Conference (Case No. 06-04047 (MEJ))

3. Related deadlines for ADR and case management activities are extended accordingly, as provided in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

Dated: May 9, 2007

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Linda Baldwin Jones
LINDA BALDWIN JONES
Attorneys for Plaintiffs

Dated: May ___, 2007

LITTLER MENDELSON
A Professional Corporation

By: _____
NANCY L. OBER
Attorneys for Defendants

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Stipulation and [Proposed] Order Continuing Case Management Conference (Case No. 06-04047 (MEJ))

3. Related deadlines for ADR and case management activities are extended accordingly, as provided in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

Dated: May ___, 2007

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By: _____
            LINDA BALDWIN JONES
            Attorneys for Plaintiffs

Dated: May 9, 2007

        LITTLER MENDELSON
        A Professional Corporation

        By: _____
            NANCY L. OBER
            Attorneys for Defendants

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 4 -

Stipulation and [Proposed] Order Continuing Case Management Conference (Case No. 06-04047 (MEJ))

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference in this matter is rescheduled to September __, 2007 at 10 a.m.

Dated: _____         _____
                                       THE HONORABLE MARIA ELENA JAMES
                                       UNITED STATES DISTRICT JUDGE

Firmwide:82446905.1 052726.1001

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 5 -

Stipulation and [Proposed] Order Continuing Case Management Conference (Case No. 06-04047 (MEJ))