WILLIAM A. SOKOL, Bar No. 072740
LINDA BALDWIN JONES, Bar No. 178922
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001; Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE LAHTINEN in his capacity as Trustee of the SAN FRANCISCO LITHOGRAPHERS PENSION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>REPRO MEDIA, a California Corporation; ARNO RUBEN, individually and doing business as REPRO MEDIA; ARNO RUBEN, individually,<br><br>Defendants. | No.   C06-04047 (MEJ)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE;** [**Proposed**] **ORDER** |

Pursuant to settlement, the Plaintiff and Defendants stipulate that the Court dismiss the above-captioned matter with prejudice.

Dated: May 6, 2008                WEINBERG, ROGER & ROSENFELD
                                  A Professional Corporation

                                  By:   /s/ Linda Baldwin Jones
                                        LINDA BALDWIN JONES
                                        Attorneys for All Plaintiffs

Dated: May 6, 2008                LITTLER MENDELSON
                                  A Professional Corporation

                                  By:   /s/ Nancy L Ober
                                        NANCY L. OBER
                                        Attorneys for Defendants

112535/484430

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Joint Stipulation for Dismissal With Prejudice; [Proposed] Order (Case No. C06-04047 MEJ)

**[PROPOSED] ORDER**

The Court having read the foregoing Stipulation, the Court hereby dismisses the above-captioned matter with prejudice.

Dated: May 8, 2008                              _____
Maria-Elena James
United States Magistrate Judge

IT IS SO ORDERED
Judge Maria-Elena James

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001